# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH DiRADDO,

JUDGMENT IN A CIVIL CASE

v.

Case No. C10-5633RBL/JRC

DOUG WADDINTON,

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Court adopts the Report and Recommendation; and

(2)  This action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Report and Recommendation.

|     |     |
| --- | --- |
| May 16, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk